UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-21-1-BO

UNITED STATES OF AMERICA )
                         )
         v.              )        **ORDER TO SEAL**
                         )
CHARLES RUFFIN POOLE     )

Upon motion of the Government and for good cause shown, the Government's *Motion to Seal* Docket Entry 91 is hereby allowed.

SO ORDERED, this the **16** day of May, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE