UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-21-1-BO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES RUFFIN POOLE | ORDER |

This matter comes before the Court on Defendant's Motion to Seal Docket Entry No. 94. For good cause show, the Motion is hereby GRANTED, and it is ORDERED that the pleading filed by Defendant at Docket Entry No. 94 be placed under seal.

SO ORDERED.

This the 16 day of May, 2011.

_____
United States District Judge