UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-21-1-BO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| CHARLES RUFFIN POOLE | |

This matter comes before the Court on Defendant's Motion to extend his reporting date to the U.S.B.O.P. for service of his sentence to July 26, 2011. For good cause show, the Motion is hereby GRANTED, and it is ORDERED that date on which Defendant is to report to the Bureau of Prisons for service of his sentence is now Tuesday, July 26, 2011.

SO ORDERED.

This the _11_ day of July, 2011.

Terrence W. Boyle
United States District Judge