IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-21-1-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| CHARLES RUFFIN POOLE, ) | |
|     Defendant. ) | |

This matter comes before the court on defendant's motion to extend his reporting date to FPC Pensacola for service of his sentence by twenty-four hours to Wednesday, July 27, 2011. For good cause shown, the motion is hereby GRANTED, and it is ORDERED that the date on which defendant is to report to the FPC Pensacola for service of his sentence is now Thursday, July 28, 2011, by 2:00 p.m.

SO ORDERED.

This the 26th day of July, 2011.

                                      _/s/ Terrence W. Boyle_
                                      TERRENCE W. BOYLE
                                      UNITED STATES DISTRICT JUDGE