UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-21-1-BO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| CHARLES RUFFIN POOLE | |

This matter comes before the Court on Defendant's Motion to Terminate Supervised Release. For good cause shown, the Motion is hereby GRANTED, and it is ORDERED that Defendant's period of supervised release in this case is terminated.

This the ___ day of August, 2013.

Honorable Terrence W. Boyle
United States District Judge